# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO: 13- 40070-01-JAR |
| SCOTT C. DEPPISH, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about January 25, 2012, in the District of Kansas and elsewhere, the defendant,

SCOTT C. DEPPISH,

knowingly distributed any visual depiction using any means and facility of interstate and foreign commerce, that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section

1

2256, and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2

On or about August 20, 2010, in the District of Kansas and elsewhere, the defendant,

SCOTT C. DEPPISH,

knowingly accessed with the intent to view at least one (1) matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant SCOTT C. DEPPISH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property used and intended to be used to commit and to promote the commission of such offense, pursuant to and in violation of Title 18, United States Code, Sections 2253(a)(3), 2252(a)(2), and 2252(a)(4)(B).  Such property shall include but not be limited to:

a) 80 GB Maxtor hard drive S/N Y326E7BE;

b) 80 GB Western Digital hard drive S/N WCAHL6241790; and

c) HP Pavilion Elite Desktop computer S/N 4CE1060831 with a 1.5 TB Western Digital hard drive S/N WCAZA3943948.

                                                     A TRUE BILL.

DATED: June 26, 2013                     /s/Foreperson
                                                    FOREPERSON

/s/Christine E. Kenney, #13542 for
BARRY R. GRISSOM
United States Attorney
District of Kansas

(It is requested that trial of the above captioned case be held in Topeka, Kansas.)