EXHIBIT 404

## ATTACHMENT B
### Particular Things to be Seized

I. **Information to be disclosed by Yahoo! Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Yahoo! Inc., including any e-mails, records, files, logs, or information that have been deleted but are still available to Yahoo! Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Yahoo! Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

    a.    The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

    d.    All records pertaining to communications between Yahoo! Inc. and any person regarding the account, including contacts with support services and records of actions taken.

II. **Information to be seized by the government**

    a.    All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 USC §2252 (a), certain activities relating to material involving the sexual exploitation of minors, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

    data tending to show the user of the account, including but not limited to subscriber information, IP logs, address books, friend-lists or buddy-lists, headers, salutations, and email content referencing the user or other identifier information such as credit card numbers, phone numbers or physical addresses; content that is child pornography or indicative of an interest in the sexual exploitation of children, including but not limited to images of child pornography, images of child erotica, communications about child pornography or the possession, receipt, distribution or production of such materials or the sexual exploitation of children, communications about literature or writings related to the sexual exploitation of children.

    b.    Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.