EXHIBIT 405

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.: | Date and time warrant executed: 11/29/12 2:45 pm | Copy of warrant and inventory left with: FAXED TO Yahoo |
|---|---|---|

Inventory made in the presence of: Jim Kanatzar

Inventory of the property taken and name of any person(s) seized:

One CD Rom Disk marked IR-220399 Contains the contents of the email address pigbreeder71@yahoo.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/08/2013

*Executing officer's signature*

James D. Kanatzar, Special Agent
*Printed name and title*

*Judge's signature*