REQUESTED BY:   KANATZAR, JAMES D
             O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER KC07QR13KC0003 |

TITLE: SCOTT DEPPISH

CASE STATUS:    INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 021213 | 102312 | YT1 | 003 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
SEARCH WARRANT REPORT  //   OTHER INFORMATION

TOPIC: EXAMINATION OF EMAIL ADDRESS FOR CHILD PORN

SYNOPSIS:
On July 25, 2012, the Homeland Security Investigations Cyber Crime Center (C3), Child Exploitation Investigations Unit (CEIU) received a child ploitation referral from the Queensland Police regarding Image Source (IMGSRC) user "dirtyoldman71". Dirtyoldman71 posted pictures and comments on the Russian image board IMGSRC indicating the exchange of images of child exploitation. Dirtyoldman1 posted nude images of an adult female he indicated is his stepdaughter, and images of a girl he indicates is his nine year old granddaughter. The C3 investigation has identified Scott DEPPISH, Junction City, Kansas has possible being "Dirtyoldman71". C3 has requested the HSI Kansas City office open a child pornography on Scott DEPPISH.

This report documents the contents of the email address pigbreeder71@yahoo.com for evidence of the possession and distribution of child pornography.

| DISTRIBUTION: ASCKC SACCH CAMW | SIGNATURE: KANATZAR     JAMES     D   SPECIAL AGENT |
|---|---|
| | APPROVED: GIBSON       SHAWN     S   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: KC KANSAS CITY, MO - AS · TELEPHONE: 816 802 8594 · TYPIST: KANATZAR |

             O F F I C I A L   U S E   O N L Y

.S DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER KC07QR13KC0003 |
| | REPORT NUMBER: 003 |

DETAILS OF INVESTIGATION:

On July 25, 2012, the Homeland Security Investigations Cyber Crime Center (C3), Child Exploitation Investigations Unit (CEIU) received a child exploitation referral from the Queensland Police regarding Image Source (IMGSRC) user "dirtyoldman71". Dirtyoldman71 posted pictures and comments on the Russian image board IMGSRC indicating the exchange of images of child exploitation. Dirtyoldman1 posted nude images of an adult female he indicated is his stepdaughter, and images of a girl he indicates is his nine year old granddaughter.

On November 29, 2012, HSI Kansas City obtained a federal child pornography search warrant for the contents of the email address "pigbreeder1971@yahoo.com". On November 29, 2012, SA Kanatzar faxed the federal search warrant to YAHOO.

On December 19, 2012, YAHOO sent to SA Kanatzar, via fedex, a CD ROM disk that contained the contents of the email address "pigbreeder1971@yahoo.com". The examination of the email address "pigbreeder1971@yahoo.com" revealed approximately 1028 email messages during the time period of January 19, 2012 to December 5, 2012. None of the approximately 1028 email messages contained attached image or movie files. No child pornography images or movies were found in the email address "pigbreeder1971@yahoo.com".

The majority of the 1028 email messages are related to the poetry chat group "strangebrew@yahoogroups.com". Approximately 84 of the 1028 email messages were related to the Russian web site "imgsrc.ru" with the majority of the email messages from individuals requesting the password to "Dirtyoldman71" password protected photo album. Approximately 6 of the 84 email messages were from other "imgsrc.ru" account users who were providing to "Dirtyoldman71" passwords to their photo albums. SA Kanatzar was able to access some of the photo albums of the other "imgsrc.ru" users and no child pornography images were discovered in the photo albums. Two "imgsrc.ru" photo album accounts were locked and a message stated that the accounts were locked for the posting of inappropriate material.

The HSI Kansas City investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.