EXHIBIT 402

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

COPY
SEALED

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
"pigbreeder1971@yahoo.com"
THAT IS STORED AT PREMISES
CONTROLLED BY
YAHOO! INC.
▮▮▮ ▮▮▮▮▮
SUNNYVALE, CA 94089

Case No. 12-mj-5077-KGS

Filed Under Seal

### AFFIDAVIT IN SUPPORT OF APPLICATION
### FOR SEARCH WARRANT

I, James D Kanatzar, being first duly sworn state:

### INTRODUCTION

1. I am a Special Agent of the Department of Homeland Security, Homeland Security Investigations, currently assigned to the Office of the Assistant Special Agent in Charge, Kansas City, Missouri, and have been a federal officer for over 23 years. I have had the opportunity to conduct, coordinate and/or participate in numerous investigations relating to the sexual exploitation of children. I have also had the opportunity to observe and review numerous examples of child pornography in all forms of media including computer media, to discuss and review these materials with endocrinologists and pediatricians, and have received training and instruction from experts in the field of investigation of child pornography. At all times throughout this affidavit I use the term "child pornography" merely as shorthand to refer to visual depictions of actual minors engaged in sexually explicit conduct. I use the terms "visual

1

depiction," "minor," and "sexually explicit conduct" as those terms are defined in 18 U.S.C. § 2256.

2.  I am investigating activities involving the use of e-mail account **pigbreeder1971@yahoo.com**, an account associated with the "imgsrc.ru" account **"DIRTYOLDMAN71"**. As will be shown below, there is probable cause to believe that the user of **pigbreeder1971@yahoo.com** has possessed, received, and/or distributed child pornography, all in violation of Title 18, United States Code, Section 2252. I am submitting this affidavit in support of a search warrant authorizing a search of the **pigbreeder1971@yahoo.com** e-mail account at YAHOO! Inc. (hereinafter YAHOO), for the items specified in **Attachment B** ("Items to Be Seized") hereto, which constitute contraband, instrumentalities, and evidence of the foregoing violations.

3.  Based upon your Affiant's review of the evidence to date, and as set forth below, I believe the email account **pigbreeder1971@yahoo.com** to contain items, more fully described in **Attachment B** (incorporated herein by reference), which constitute evidence, fruits, and instrumentalities of violations of federal computer crime and child exploitation laws, namely, Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B), and 2256. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

## BACKGROUND OF THE INVESTIGATION

### The "imgsrc.ru" website

4.  The web site "www.imgsrc.ru" is a free Internet hosting website located in Russia. The web site is accessible via the Internet, and allows individuals to create a user

account, without cost, through which users can create photo albums and upload images to such photo albums. Users can also post comments to their photo albums, as well as other users' photo albums. An individual with a user account on "imgsrc.ru" can make his or her created photo albums accessible to anyone with Internet access (i.e. public), or the individual can lock down his or her photo albums with a password so the albums are not accessible to the general public (i.e., private).

5. Your affiant is familiar with the Russian web site "imgsrc.ru" from other investigations. In the course of many forensic examination of computers seized under authority of child pornography search warrants, your affiant has observed numerous other child pornography offenders with internet history showing the offenders have accessed child pornography images, or images with titles indicative of child pornography, via the "imgsrc.ru" website.

6. Your affiant has personally investigated two individuals in the Kansas City area who created photo albums on the Russian web site "imgsrc.ru" and posted images of children similar to the images posted by **"DIRTYOLDMAN71"** discussed below. Your affiant has executed federal search warrants on those two individual's residences and on their email accounts (that were associated with photo albums on the web site "imgsrc.ru"), and in both instances the investigation revealed the trading of child pornography images with numerous other individuals throughout the United States and the world, and all of the contacts were made through the web site "imgsrc.ru". Your affiant has sent numerous child pornography investigative leads to other Homeland Security Investigation offices in connection with these two investigations.

7. As additional illustration of how "imgsrc.ru" is used, your affiant knows that an undercover agent in the HSI Kansas City office created a photo album on "imgsrc.ru" and password protected the photo album. The password protected album does not contain images of children. Even though the undercover agent provided nothing, the undercover agent still received hundreds of images and movie files of child pornography from individuals wanting to trade child pornography with the undercover agent. Your affiant has obtained approximately twenty-five federal search warrants on the email accounts that have sent child pornography images to the undercover agent. Your affiant has reviewed the contents of these approximately twenty-five email accounts and these email accounts show the trading of child pornography images with numerous other individuals.

### Connecting the accounts

8. On January 25, 2012, an individual using the user account **"DIRTYOLDMAN71"** created two photo albums on the "imgsrc.ru" web site. The two photo albums were titled **"Step daughter nude closeup some preg"** and **"9 yo granddaughter sleeping"**. The photo album titled **"Step daughter nude closeup some preg"** is password protected but shows that it contains twenty-four images. The photo album **"9 yo granddaughter sleeping"** is not password protected and contains four images.

9. Working through Russian legal process, Russian law enforcement officers obtained the following records from "imgsrc.ru" officials: copies the account information for **"DIRTYOLDMAN71"**; copies of the two photo albums posted by **"DIRTYOLDMAN71"**; and the access log files for the two photo albums. Russian law enforcement officers provided these records to HSI Cyber Crimes Center (C3) Fairfax, Virginia.

10. An examination of the account information for "DIRTYOLDMAN71" revealed that the contact email address associated with "DIRTYOLDMAN71" is pigbreeder1971@yahoo.com. This means that a user attempting to contact "DIRTYOLDMAN71" would do so by sending an email to the pigbreeder1971@yahoo.com account.

11. On August 7, 2012, C3 sent a subpoena to YAHOO in Sunnyvale, California, requesting subscriber information and IP history for the email account pigbreeder1971@yahoo.com. On August 29, 2012, YAHOO responded to the subpoena. YAHOO records show that the pigbreeder1971@yahoo.com account is subscribed to Mr. **Scott DEPPISH** in Junction City, Kansas and was created on February 25, 2000. The IP history for the account revealed that it was accessed from the IP addresses **174.70.155.145** and **174.70.155.152** during the months of January 2012 to May 2012.

12. The access log files for the user account "DIRTYOLDMAN71" show that the "DIRTYOLDMAN71" account was also being accessed from the IP addresses **174.70.155.145** and **174.70.155.152** from January 2012 to June 2012.

13. On September 7, 2012, C3 sent a subpoena to COX COMMUNICATIONS, Atlanta, Georgia requesting subscriber information and billing information on the individual using the IP address **174.70.155.152** on the dates of May 11, 2012 at 22:41:00 GMT and May 13, 2012 at 00:22:02 GMT.

14. On September 24, 2012, COX COMMUNICATIONS responded to the subpoena. COX COMMUNICATIONS records show that the IP address **174.70.155.152** was subscribed to **Scott DEPPISH,** ▇▇▇▇ ▇▇▇▇, Junction City, Kansas during the time period of May 11,

2012 at 22:41:00 GMT and May 13, 2012 at 00:22:02 GMT. COX COMMUNICATIONS records show that **Scott DEPPISH** has had internet service since February 2005. COX COMMUNICATIONS records show that the Internet service for **Scott DEPPISH** was disconnected on September 20, 2012 for lack of payment.

15. On October 9, 2012, C3 requested that the HSI Kansas City, Missouri office conduct a child pornography investigation on **Scott DEPPISH**. C3 forwarded, to your affiant, the account information, the photos, and access log files for the user account "**DIRTYOLDMAN71**", as well as the information related to **pigbreeder1971@yahoo.com**.

### The "DIRTYOLDMAN71" albums and comments

16. The "**DIRTYOLDMAN71**" photo album titled "**9 yo granddaughter sleeping**" contains four images titled "IMG_0027.jpg", "IMG_0028.jpg", "**IMG_0031.jpg**" and "**IMG_0032.jpg**". Your affiant has reviewed the image files titled "IMG_0027.jpg", "IMG_0028.jpg" and both images depict the same girl, approximately nine to ten years old, asleep in what appears to be a bed. The girl is facing away from the camera and has no shirt on and is under a peach-colored bed sheet that comes up to the girl's bare shoulder. These two images are considered to be child erotica. Your affiant has also reviewed the image files titled "**IMG_0031.jpg**" and "**IMG_0032.jpg**" and both images depicts the same girl, approximately nine to ten years old, and the girl appears to be asleep in a bed, lying face down. The girl's face is not visible in either image. In both images, the girl is wearing a black shirt and blue panties and is lying on peach-colored bed sheets. In both images, the bed sheets are pulled down to the girl's knees, and one of her hands is placed between her legs. Both images appear to be taken at the foot of the bed and the focus of the camera is on the girl's genital area. Your affiant believes

these two image files meet the criteria of child pornography as defined in 18 U.S.C. § 2256. Further, the title and content of the photo album is consistent with themes common to child pornography or those interested in child pornography: the surreptitious photography of the genital area of a sleeping child, a familial relationship with the photographed child (incest), and a reference to a specific child-indicative age (less than 18 years old). In this manner, "DIRTYOLDMAN71" has effectively signaled to other users of "imgsrc.ru" that he may be a source of additional content, i.e., child pornography.

17. Your affiant has reviewed posted messages by other "imgsrc.ru" members to the photo album **"9 yo granddaughter sleeping"**. "Imgsrc.ru" member "Lovegirls1013" posted **"gently pull her hair away from her face, climb in her bed and slovly jer*k my coc*k until I cu*m over her face while she sleeps"**. "Imgsrc.ru" member "younggirls100" posted **"do u trade if so email me"**. "Imgsrc.ru" member "candiddler" posted **"so delicate..would you like to trade p4p? I think you would like what I have"**. "Imgsrc.ru" member "lantus714" posted **"such nice shoulders... I'd roll her over and taste. P4p?"** These usernames and comments are indicative of users with an overt interest in child sexual abuse and child pornography, as well as active solicitations to trade picture for picture (p4p). This further indicates that "DIRTYOLDMAN71" has effectively signaled to other users of "imgsrc.ru" that he may be a source of additional content, i.e., child pornography.

18. The **"DIRTYOLDMAN71"** photo album titled **"Step daughter nude closeup some preg"** contains twenty-four images. Your affiant has reviewed the twenty-four image files posted to the photo album **"Step daughter nude closeup some preg"**. All twenty-four images are of an adult female with most of the images depicting the female nude. Some of the

images the female appears to be pregnant. The twenty-four images depict adult pornography and do not depict child pornography images.

19. Based on your affiant's experience and observations of individuals using "imgsrc.ru", your affiant believes there is probable cause to believe that the user of "**DIRTYOLDMAN71**" has received child pornography from other users, to the email account at **pigbreeder1971@yahoo.com**, and that evidence related to the possession, receipt, and/or distribution of child pornography will be found within that account.

### YAHOO email

20. In my training and experience, I have learned that YAHOO provides a variety of on-line services, including electronic mail ("e-mail") access, to the general public. YAHOO allow subscribers to obtain e-mail accounts at their domain names yahoo.com and ymail.com, much like the e-mail accounts listed in the respective attachments to this search warrant. Subscribers obtain an account by registering with those respective companies. During the registration process, YAHOO asks subscribers to provide basic personal information. Therefore, the computers of YAHOO are likely to contain stored electronic communications (including retrieved and unretrieved e-mail for the e-mail subscribers) and information concerning subscribers and their use of YAHOO services, such as account access information, e-mail transaction information, and account application information.

21. In general, an e-mail that is sent to a YAHOO subscriber is stored in the subscriber's "mail box" on YAHOO's servers until the subscriber deletes the e-mail. If the subscriber does not delete the message, the message can remain on the servers indefinitely.

22. When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to YAHOO's servers, and then transmitted to its end destination. YAHOO often saves a copy of the e-mail sent. Unless the sender of the e-mail specifically deletes the e-mail from the YAHOO server, the e-mail can remain on the system indefinitely.

23. Sent or received e-mail typically includes the content of the message, source and destination addresses, the date and time at which the e-mail was sent, and the size and length of the e-mail. If an e-mail user writes a draft message but does not send it, that message may also be saved by YAHOO but may not include all of these categories of data.

24. A YAHOO subscriber can also store files, including e-mails, address books, contact or buddy lists, calendar data, pictures, and other files, on servers maintained and/or owned the respective company.

25. Subscribers to YAHOO might not store on their home computers copies of the e-mails stored in their respective accounts. This is particularly true when they access their YAHOO account through the web, or if they do not wish to maintain particular e-mails or files in their residence.

26. In general, e-mail providers like YAHOO ask each of their subscribers to provide certain personal identifying information when registering for an e-mail account. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

27. E-mail providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on

which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via a YAHOO website), and other log files that reflect usage of the account. In addition, e-mail providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

28. In some cases, e-mail account users will communicate directly with an e-mail service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. E-mail providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

29. In my training and experience, evidence of who was using an e-mail account may frequently be found within address books, contact or buddy lists, e-mails within the account, and attachments to e-mails, including pictures and files. For this reason, review of the contents of the entire email account will be necessary to determine or confirm the user of the account. Likewise, files of child pornography can be saved in a variety of file formats, including as images imbedded in documents, spreadsheets, or other non-image file-formats. For this reason, review of the contents of each email will be necessary to determine whether such contains or constitutes child pornography.

30.  A preservation letter for items located in the **pigbreeder1971@yahoo.com** account was faxed to YAHOO on October 22, 2012. Your affiant seeks the contents of the entire account, as preserved by YAHOO upon receipt of the preservation letter, and as the account in its current state, as found by YAHOO upon receipt of this search warrant. These contents are generally referred to as "snapshots" by YAHOO.

## CHARACTERISTICS OF CHILD PORNOGRAPHY COLLECTORS AND DISTRIBUTORS

31.  I know from my training and experience that the following characteristics are prevalent among individuals who engage in the possession, receipt, and distribution of child pornography:

   a. The majority of individuals who engage in the possession, receipt, and distribution of child pornography are persons who have a sexual attraction to children. They receive sexual gratification and satisfaction from sexual fantasies fueled by depictions of children that are sexual in nature.
   b. The majority of these individuals also collect child erotica, which may consist of images or text that do not rise to the level of child pornography but which nonetheless fuel their sexual fantasies involving children.
   c. The majority of individuals who engage in the possession, receipt, and distribution of child pornography often seek out like-minded individuals, either in person or via the Internet, to share information and trade depictions of child pornography and child erotica as a means of gaining status, trust, acceptance and support. The different Internet-based vehicles used by such individuals to communicate with each other include, but are not limited to, peer-to-peer, e-mail, bulletin boards, Internet relay chat, newsgroups, instant messaging, and other similar vehicles.
   d. The majority of individuals who receive and possess child pornography maintain books, magazines, newspapers and other writings, in hard copy or digital medium, on the subject of sexual activities with children as a way of understanding their own feelings toward children, justifying those feelings and finding comfort for their illicit behavior and desires. Such individuals rarely destroy these materials because of the psychological support they provide.
   e. The majority of individuals who receive and possess child pornography often collect, read, copy or maintain names, addresses (including e-mail addresses), phone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange or commercial profit.

   f.  The majority of individuals who receive and possess child pornography rarely, if ever, dispose of their sexually explicit materials and may go to great lengths to conceal and protect their collection of illicit materials from discovery, theft, and damage.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

32.  I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require YAHOO to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

33.  Based upon the aforementioned, I have probable cause to believe that **pigbreeder1971@yahoo.com**, the email account associated with **"DIRTYOLDMAN71"**, is engaged in the possession, receipt, and/or distribution of images of child pornography with other users of "imgsrc.ru", using an e-mail account operated by Yahoo! Inc., in violation of Title 18 USC §2252 (a), certain activities relating to material involving the sexual exploitation of minors.

34.  Based on the forgoing, I request that the Court issue the proposed search warrant.

35.  This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).] Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

FURTHER AFFIANT SAYETH NOT.

_____
James D Kanatzar, Special Agent
Immigration and Customs Enforcement

Subscribed and sworn before
me this 29th day of November, 2012.

_____
HONORABLE K. Gary Sebelius
UNITED STATES MAGISTRATE JUDGE