EXHIBIT 403

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the following e-mail address:

    pigbreeder1971@yahoo.com

that is stored at premises owned, maintained, controlled, or operated by Yahoo! Inc., an e-mail provider headquartered at ▮▮▮▮▮▮▮ Sunnyvale, California 94089.