EXHIBIT 409

# IN THE DISTRICT COURT OF GEARY COUNTY, KANSAS

# IN THE MATTER OF THE APPLICATION FOR A SEARCH WARRANT FOR:

-HP desktop computer bearing serial #4CE1060831
-Western Digital Hard drive bearing serial #WCAHL6241790
-Maxtor DiamondMax Plus Hard drive bearing serial #Y326E7BE
-6 mini-CD's and 4 3.5 floppy disks
-Toshiba USB hard drive bearing serial #919YT8YQTPD6 with USB Cable
-Toshiba USB hard drive in sealed box bearing serial #91DLC6U7TPD6
-Plastic storage box containing 21 mini-CD's and 5 CD's
-VHS tapes titled "Blue Views" and "Friends and Lovers"

*Computer*

## SEARCH WARRANT

State of Kansas, County of Geary, ss:
THE STATE OF KANSAS TO: Detective Cory Odell, or any Peace Officer of the State of Kansas:

Having evidence under oath before me from which I find there is probable cause to believe that an offense against the laws of the State of Kansas has been committed and that certain items, fruits, instrumentality's, and evidence of Possession of Child Pornography {to wit:
**Pictures, videos, emails, electronic documentation showing ownership/control over devices, wesites, email accounts, etc., intentionally deleted material, and other items showing knowledge or distribution of Child Pornography**

Note: This request for a warrant involves the potential seizure and review of computer and/or digital media. The analysis of computer and/or digital media is an exacting scientific procedure which is designed to protect the integrity of the evidence and to recover digital information, to include hidden, erased, compressed, password-protected or encrypted files. The analysis of evidence from computer and digital systems commonly require the seizure of all computer related items to be processed by a qualified computer expert in a laboratory or other controlled environment. The high volume of the contents and the potential intentional concealment of criminal activity through random ordering and deceptive file names may require the examination of all stored data. This process may take weeks or months depending on the volume of the data involved and the caseload of the computer expert.

One such forensic and controlled laboratory environment is at the US Department of Homeland Security Office which is physically located in Kansas City, Missouri. Homeland Security is a law enforcement organization comprised of federal certified Forensic Examiners that provide digital forensic services to law enforcement throughout the United States.

Recognizing that specialized and highly technical equipment and software will be needed to conduct the analysis of the previously seized digital media, the media will likely be transferred to the Homeland Security Office or other qualified laboratory with a request that a forensic examination be conducted in this matter. Additionally, under limited situations, assistance may be required by the receiving laboratory from other qualified laboratories. For example, Homeland Security may need to request assistance from its

affiliated laboratory, the FBI Laboratory in Quantico, Virginia. Should such assistance be required, the receiving laboratory will likely forward the above described digital evidence for further analysis as authorized by the requested warrant.

Upon issuance of the requested warrant, the receiving laboratory will attempt to initiate the process to facilitate the forensic examination within 96 hours. In those instances in which such cannot be accomplished due to the laboratory's case load, transportation and/or shipping delays, absence of available qualified Forensic Examiners, etc., the court will be appropriately notified. Additionally, due to the processes that must be conducted to analyze digital media, the volume of information normally associated therewith, and the laboratory's caseload, it is extremely likely that the entire forensic process will require more than 10 days to complete.

It is therefore requested that the Court authorize that such search be authorized to be completed within a reasonable period of time after the requested warrant is signed, and the evidence to be searched here as stated below is delivered to Homeland Security for review and recovery.

Which are located in or upon the following described places, thing or means of conveyance, to-wit:

-HP desktop computer bearing serial #4CE1060831
-Western Digital Hard drive bearing serial #WCAHL6241790
-Maxtor DiamondMax Plus Hard drive bearing serial #Y326E7BE
-6 mini-CD's and 4 3.5 floppy disks
-Toshiba USB hard drive bearing serial #919YT8YQTPD6 with USB Cable
-Toshiba USB hard drive in sealed box bearing serial #91DLC6U7TPD6
-Plastic storage box containing 21 mini-CD's and 5 CD's
-VHS tapes titled "Blue Views" and "Friends and Lovers"

**YOU ARE THEREFORE COMMANDED** forthwith to search the place, thing or means of conveyance herein before specified for such persons, holding them to be dealt with according to law and make due return of this warrant within ninety-six (96) hours of the date hereof.

Issued this 13th day of February, 2018, at 10:59 o'clock A. M.

JUDGE OF THE DISTRICT COURT
GEARY COUNTY, KANSAS