EXHIBIT 407

# IN THE DISTRICT COURT OF GEARY COUNTY, KANSAS

# IN THE MATTER OF THE APPLICATION FOR A SEARCH WARRANT FOR:

, Junction City KS 66441

## SEARCH WARRANT

*residence*

State of Kansas, County of Geary, ss:
**THE STATE OF KANSAS TO:** Detective Cory Odell, or any Peace Officer of the State of Kansas:

Having evidence under oath before me from which I find there is probable cause to believe that an offense against the laws of the State of Kansas has been committed and that certain items, fruits, instrumentality's, and evidence of Possession of Child Pornography {to wit:

1. Images or visual depictions representing the exploitation of children.

2. Computers.

3. To forensically process and search in a controlled setting all electronic media for the purpose of viewing and or retrieving for evidentiary purposes all data including electronic images, documents and stored electronic communications.

4. Indicators of ownership consisting of software registration, cell phone number for cell phone, Internet connection information, electronic mail (E-mail), electronic documents, address books, or other documents or electronic files tending to establish the identity of the person or persons in control of the computer prior to the execution of the search warrant.

5. Any and all documentation in any form, including but not limited to, recorded, or electronically stored material which explains or illustrates how to configure the use of the computer hardware, software, or other related items.

6. Any and all documentation in any form, including, but not limited to recorded, or electronically stored material which explains or identifies other individuals involved in the production, possession, or distribution of child pornography as described in K.S.A. 21-5510.

7. Any and all documentation in any form, including electronically stored material of the possession or distribution of child pornography as described in K.S.A. 21-5510.

8. Any and all computer passwords and other data security devices, which may consist of hardware, software or other programming code, which are designed to restrict access to or hide computer software, documentation or data.

9. Digital communications devices allowing access to the Internet or to cellular digital networks to include cellular telephones, email devices and personal digital assistants.

10. Digital input and output devices to include but not limited to keyboards, mice, scanners, printers, monitors, network communication devices, modems and external or connected devices used for accessing computer storage media.

11. Digital storage media and the digital content to include but not be limited to floppy disks, hard drives, tapes, DVD disks, CD-ROM disks, flash storage or other magnetic, optical or mechanical storage which can be accessed by computers to store or retrieve data or images of child pornography as defined by K.S.A. 21-5510.

12. Digital software and application software installation and operation media.

13. Contents of volatile memory related to computers and other digital communication devices that would tend to show the current and recent use of the computer, use of encryption, use of other communications devices, routes of Internet and other digital communications traffic and passwords, encryption keys or other dynamic details necessary to preserve the true state of running evidence.

14. Computer software, hardware or digital contents related to the sharing of Internet access over wired or wireless networks allowing multiple persons to appear on the Internet from the same IP address.

15. Manuals and other documents (whether digital or written) which describe operation of items or software seized.

16. Items containing or displaying passwords, access codes, usernames or other identifiers necessary to examine or operate items, software or information seized.

17. Correspondence or other documents (whether digital or written) pertaining to the possession, receipt, collection, origin, manufacture or distribution of images involving the exploitation of children as described in K.S.A. 21-5510.

18. Correspondence, "trophies", grooming aids or other items demonstrating an interest in the exploitation of children as described in K.S.A. 21-5510.

19. Items or digital information that would tend to establish ownership or use of computers and Internet access equipment and ownership or use of any Internet service accounts and cellular digital networks to participate in the exchange, receipt, possession, collection or distribution of child pornography as described by K.S.A. 21-5510.

20. Items that tend to show dominion and control of the property searched, to include utility bills, telephone bills, correspondence, rental agreements and other identification documents.

And evidence of other such offenses are located in or upon the following person, place, or thing: Autorization limited to Mr. Deppish's ISP computer and other items above described belonging to him or in his control. ███████ Junction City KS 66441

**YOU ARE THEREFORE COMMANDED** forthwith to search the place, thing or means of conveyance herein before specified for such persons, holding them to be dealt with according to law and make due return of this warrant within ninety-six (96) hours of the date hereof.

Issued this 11th day of February, 2013, at 3:13 o'clock P. M.

JUDGE OF THE DISTRICT COURT
GEARY COUNTY, KANSAS