IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                  Plaintiff, )<br>                                                )<br>vs.                                          )<br>                                                )<br>SCOTT C. DEPPISH,                )<br>                                  Defendant. )<br>_____ ) | Case No. 13-40070-01-JAR |

### O R D E R

**NOW** on this 8th day of November, 2013, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of motions hearing and jury trial. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7).  See, *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that a motions hearing is rescheduled for **December 11, 2013, at 9:00 a.m.,** and the trial is rescheduled to begin **January 28, 2014, at 9:00 a.m.**  The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

Dated: November 8, 2013

                                                                                 S/ Julie A. Robinson
                                                                                JULIE A. ROBINSON
                                                                                UNITED STATES DISTRICT JUDGE