# CLERK'S COURTROOM MINUTE SHEET

Case No.    13-40070-01-JAR

| | |
|---|---|
| United States of America, | Christine Kenney |
| vs. | |
| Scott C. Deppish, | Melody Evans,<br>Interim Federal Public Defender |
| Judge: Sebelius | Clerk: Gilchrist |
| At: Topeka | Reporter:   Network @ 8:43 AM |
| Date: December 12, 2013 | Time:   24 min. |

**MOTION HEARING**

This matter comes before the court on defendant's Motion to Modify Conditions of Pre-Trial Release (ECF No. 18).   Defendant appears in person and thru counsel of record.   The court, after reviewing the evidence, hearing the proffers of the parties and arguments of counsel, finds that the defendant's Motion to Modify Conditions of Pre-Trial Release (ECF No. 18) is GRANTED and finds that electronic monitoring and curfew are no longer necessary as pretrial release conditions.   Defendant moves to withdraw exhibit 401 – GRANTED.

**Defendant's Exhibits**:

401     Photographs